**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Darrick Jonathan CHAVIS,
Defendant—Appellant.**

No. 06–17313.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 16, 2008.*

Filed Oct. 22, 2008.

Barbara Valliere, Assistant U.S., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Darrick Jonathan Chavis, Sheridan, OR, pro se.

Before: LEAVY, RYMER, and THOMAS, Circuit Judges.

MEMORANDUM **

Former federal prisoner Darrick Jonathan Chavis appeals from the district court's denial of his petition for a writ of coram nobis challenging restitution. We dismiss the appeal.

Chavis claims that the district court failed to consider and make findings regarding his ability to pay restitution. Citing the Due Process Clause, the Equal Protection Clause, and the Eighth Amend-

ment, Chavez further argues that any remaining restitution obligation should be waived. However, because Chavis knowingly and voluntarily waived the right to collaterally attack his sentence on these grounds, we dismiss the appeal. *See United States v. Abarca*, 985 F.2d 1012, 1013–14 (9th Cir.1993).

Chavis's ineffective assistance of counsel claim set forth in his reply brief was not raised in his petition filed in district court, or in his opening brief on appeal, and therefore we decline to consider it. *See Sophanthavong v. Palmateer*, 378 F.3d 859, 871–72 (9th Cir.2004); *Belgarde v. Montana*, 123 F.3d 1210, 1215–16 (9th Cir. 1997).

All pending motions are denied as moot.

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

